IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NICHOLAS DeFOSSETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-22-CA-1180-FB |
| | ) | |
| NORTHLANE, LTD d/b/a O'Reilly Auto Parts, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is Plaintiff's Unopposed Motion to Dismiss With Prejudice (docket no. 25), filed on August 30, 2023. Plaintiff informs the Court that the parties have reached a settlement agreement and therefore requests that this case be dismissed with prejudice. The motion is unopposed. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to Dismiss With Prejudice (docket no. 25) is GRANTED such that the above styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 31st day of August, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE